1  Dennis F. Moss (State Bar No. 77512)
   dennisfmoss@yahoo.com
2  H. Scott Leviant (State Bar No. 200834)
   scott@spiromoss.com
3  Linh Hua (State Bar No. 247419)
   linh@spiromoss.com
4  **SPIRO MOSS LLP**
   11377 W. Olympic Blvd., 5th Floor
5  Los Angeles, California 90064-1683
   Telephone: (310) 235-2468
6  Facsimile: (310) 235-2456

7  Joseph Lavi, Esq. (SBN 209776)
   jlavi@lelawfirm.com
8  N. Nick Ebrahimian (SBN 219270)
   nebrahimian@lelawfirm.com
9  LAVI & EBRAHIMIAN, LLP
   8383 Wilshire Blvd., Suite 840
10 Beverly Hills, California 90211
   Tel. (323) 653-0086
11 Fax:(323) 653-0081

12 Attorneys for Plaintiff GUDELIA SANTOS and BERNARDINA TOVAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUDELIA SANTOS and BERNARDINA TOVAR, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NOBLE MANAGEMENT GROUP-CALIFORNIA, LLC; NOBLE INVESTMENT GROUP, LLC; NOBLE MANAGEMENT GROUP, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-02594-DSF-VBKx<br><br>CLASS ACTION<br><br>**ORDER RE JOINT STIPULATION TO SHORTEN TIME FOR HEARING OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT OR, IN THE ALTERNATIVE, TO CONTINUE THE HEARING DATE OF THAT MOTION**<br><br>Date Action Filed: February 25, 2010<br>Trial Date: None |

**TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

On September 9, 2011, Plaintiffs Gudelia Santos and Bernardina Tovar ("Plaintiffs") and Defendants Noble Management Group – California, LLC, Noble Investment Group, LLC, and Noble Management Group, LLC ("Defendants") (Plaintiffs and Defendants herein referred to as the "Parties"), by and through their respective attorneys of record, entered into a Stipulation to shorten the briefing schedule for the hearing of Plaintiff's Motion for Final Approval of Class Action Settlement, or, in the alternative, for a short continuance of that hearing date. That Stipulation provides as follows:

1. The Final Approval hearing is currently set for September 26, 2011.
2. After the declaration regarding administration was prepared, the Parties revised that final declaration.
3. There are no objectors to the proposed class action settlement.
4. The Motion for Final Approval is unopposed by Defendants.
5. Plaintiffs would like to file the Motion on Monday, September 12, 2011, which would be 14 days prior to the hearing date, and the date upon which a Reply Brief would be filed on a contested Motion.
6. Defendants do not oppose a shortened briefing schedule if it is acceptable to the Court.
7. In the alternative, if the Court requires the additional time to evaluate the Motion, the Parties propose that the hearing date be continued to either October 10, 2011 or October 17, 2011, at 1:30 p.m.

8. In the event that the Court would prefer to continue the hearing date, rather than shorten time for the filing of the Motion, the Parties agree that Plaintiffs' Motion for an Award of Fees and Costs should be continued from September 26, 2011 to the same date that the Court hears Plaintiffs' Motion for Final Approval.

After considering the Stipulation of the parties, the facts upon which the Stipulation is based, and good cause appearing, it is hereby ORDERED:

1. The Final Approval hearing is continued from September 26, 2011 to November 7, 2011 at 1:30 p.m.  Plaintiffs' Motion for an Award of Fees and Costs is continued from September 26, 2011, to the same date that the Court hears Plaintiffs' Motion for Final Approval.

**IT IS SO ORDERED.**

Dated: 9/16/11

HON. DALE S. FISCHER
UNITED STATES DISTRICT
COURT JUDGE